guilty of contributory negligence. Accordingly, the judgment entered in the Supreme Court, Bronx County, on the 21st day of January, 1949, is reversed and the complaint dismissed as to the plaintiff Joseph Axelrod and the judgment in favor of the plaintiff Helen Axelrod is affirmed. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Van Voorhis and Shientag, JJ., dissent and vote to reverse the judgment and to dismiss the complaint of both plaintiffs on the ground that the defendants were not guilty of any actionable negligence. Settle order on notice containing findings of fact in accordance with the above decision. [See 302 N. Y. 367.]

In the Matter of the Accounting of MARION F. MOLLOY, as Administratrix of the Estate of JAMES P. MOLLOY, Deceased, Appellant. EDWARD PINE, as Special Guardian for JAMES P. MOLLOY, JR., an Infant, Respondent. — Decision herein dated the 1st day of May, 1951 (ante, p. 797), recalled; order entered herein on the 1st day of May, 1951, vacated. Decree, so far as appealed from, unanimously affirmed, with costs to respondent. (See motion in Matter of Molloy, post, p. 935, decided herewith, granting reargument of appeal from decree entered in the Surrogate's Court, Bronx County, on the 16th day of May, 1950.) Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See post, p. 941.]

In the Matter of the Accounting of MARION F. MOLLOY, as Administratrix of the Estate of JAMES P. MOLLOY, Deceased, Appellant. EDWARD PINE, as Special Guardian for JAMES P. MOLLOY, JR., an Infant, Respondent.— Motion, insofar as it seeks reargument, granted. (See decision and order in appeal in Matter of Molloy (ante, p. 935, decided herewith.) Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SVEND O. SANDGREN, Appellant.— The order of the Court of Appeals dated April 13, 1951, is made the order of this court and the judgment of the County Court, Bronx County, rendered on the 10th day of June, 1948, convicting the defendant of the crime of manslaughter in the second degree is unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See 302 N. Y. 331.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON TRAUBNER, Appellant.— Appellant's time to perfect his appeal is extended to the June, 1951, Term of this court. Judgment unanimously affirmed and the order entered herein on the 19th day of June, 1951, vacated. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See ante, p. 925.]

## (June 25, 1951.)

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Plaintiff, v. DIRECTORATE GENERAL OF POSTAL REMITTANCES & SAVINGS BANK et al., Appellants; T. Y. Ho et al., Respondents, et al., Defendants.— Reargument having been granted herein (see motion in Chase Nat. Bank v. Directorate Gen. of Postal Remittances of Sav. Bank, post, p. 936, decided herewith) and upon said reargument the original determination is adhered to. By our original decision we referred to a referee the question as to the status of the bank, by which we meant its status as a governmental agency or as a private agency independent of the govern-